

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Erik Santana Guanche v. The State of Texas

Appellate case number:   01-13-00851-CR

Trial court case number:  1869024

Trial court:             County Criminal Court at Law No. 7 of Harris County

      It is ordered that Appellant's Motion for Reconsideration En Banc is **denied**.

Judge's signature:  /s/ Rebeca Huddle
                     Acting for the En Banc Court*

Date: March 17, 2015

*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.